LAQUER, URBAN, CLIFFORD & HODGE LLP
MICHAEL A. URBAN, Nevada State Bar No. 3875
DOUGLAS V. RITCHIE, Nevada State Bar No. 6795
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: urban@luch.com; ritchie@luch.com

**Counsel for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND FOR SOUTHERN NEVADA; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13, NEVADA; TRUSTEES OF THE BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS AND TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br>  Plaintiffs, <br><br> vs. <br><br> TILE CONCEPTS, INC., a Nevada corporation; MICHAEL ROGER TRIMBLE, individually; and CARLOS ANDRES CORZO, individually, <br><br>  Defendants. | CASE NO.: 2:09-cv-1114-RCJ-PAL <br><br> STIPULATION OF JUDGMENT WITH STAY OF EXECUTION AND ORDER THEREON <br><br> AND JUDGMENT |

This stipulation is entered into by and between the Plaintiffs and the Defendants in order to settle and conclude the above-referenced litigation between the parties relating to the payment of fringe benefit contributions and dues to Plaintiffs by Defendants. Accordingly, Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION

238203.1

TRUST FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 13, NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL ANNUITY FUND; and TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL MASONRY INSTITUTE (collectively, the "Trusts"), and Defendants TILE CONCEPTS, INC., a Nevada corporation ("TILE CONCEPTS"); MICHAEL ROGER TRIMBLE, an individual; and CARLOS ANDRES CORZO, an individual (collectively, the "Defendants"),

HEREBY STIPULATE AND AGREE, subject to the approval and Order of the Court, as follows:

1. The Defendants owe the Trusts the principal amount of Eight Thousand Four Dollars and Twenty-Four Cents ($8,004.24) with respect to the causes of action plead in the complaint herein. The amount due is for unpaid fringe benefit contributions, unpaid dues, audit fees, attorney's fees and costs associated with unpaid fringe benefit contributions due to the Trusts by Defendants for the audit period of September 27, 2007, through December 31, 2008, inclusive.

2. Judgment for the Trusts in the amount of $8,004.24, together with interest at 14 percent (14%) per annum from August 14, 2009, until paid in full, shall be entered against Defendants in the form attached hereto marked as Exhibit "A."

3. It is understood and agreed by Defendants that the Trusts have not conducted an audit of the payroll and related records of Defendants for any time periods after December 31, 2008, and that the Judgment (Exhibit A) to be entered by the Court shall not prevent or otherwise preclude the Trusts under the doctrines of equitable estoppel, collateral estoppel, res judicata, accord and satisfaction, or any other

ground or legal theory, from collecting any other amounts after December 31, 2008, that may be due to the Trusts by Defendants pursuant to the terms of any agreement the Defendants have entered with Plaintiffs.

    4.    Execution on the Judgment shall be stayed provided each of the following conditions is met:

a. Defendants shall pay to Plaintiffs the sum of $1,334.04 on the 15th day of each month, for six consecutive months, commencing on September 15, 2009, and ending February 15, 2010. Payments shall be made payable to the "**Bricklayers Trusts**" and mailed to Michael A. Urban of the law firm of Laquer, Urban, Clifford & Hodge LLP, counsel for Plaintiffs located at 4270 South Decatur Blvd., Suite A9, Las Vegas, Nevada 89103.

b. Defendants agree that judgment shall be entered against Defendants in the form attached hereto marked as Exhibit "A" if Defendants fail to make any of the promised monthly payments.

c. Defendants, pursuant to the terms of any collective bargaining agreement or other contract with Plaintiffs, or any of them, shall submit monthly reports and pay fringe benefit contributions to the Plaintiffs in a timely manner based on all hours worked by or paid to employees doing any work covered by such collective bargaining agreement or other contract with respect to hours worked by any covered employee after December 31, 2008.

    5.    If Defendants fail to satisfy any of the conditions in paragraph 4, the Plaintiffs shall have the unconditional and immediate right to execute upon the Judgment for the full amount then due and owing, without further notice to Defendants or Order of the Court.

6. Defendants may pay the remaining balance due or any part thereof at any time without penalty.

DATED this 14th day of August, 2009.

LAQUER, URBAN, CLIFFORD & HODGE LLP

By: *Douglas V. Ritchie*
Michael A. Urban, Esq.
Douglas V. Ritchie, Esq.
Counsel for Plaintiffs

DATED this 25TH day of August, 2009.

Tile Concepts, Inc., a Nevada corporation

By: *Michael Trimble*
Michael Trimble, President

DATED this 25th day of August, 2009.

By: *Michael Trimble*
Michael Trimble, Individually

DATED this ___ day of August, 2009.

By: *Carlos Andres Corzo*
Carlos Andres Corzo, Individually

238203.1

4

## ORDER

IT IS HEREBY ORDERED that the Stipulation of the parties is approved.

Let judgment be entered accordingly.

DATED this 9th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge

238203.1

5