LAQUER, URBAN, CLIFFORD & HODGE LLP
MICHAEL A. URBAN, Nevada State Bar No. 3875
DOUGLAS V. RITCHIE, Nevada State Bar No. 6795
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: urban@luch.com; ritchie@luch.com

**Counsel for Plaintiffs**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND FOR SOUTHERN NEVADA; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13, NEVADA; TRUSTEES OF THE BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS AND TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br> Plaintiffs, <br><br> vs. <br><br> TILE CONCEPTS, INC., a Nevada corporation; MICHAEL ROGER TRIMBLE, individually; and CARLOS ANDRES CORZO, individually, <br><br> Defendants. | CASE NO.: 2:09-cv-1114-RCJ-PAL <br><br> **JUDGMENT** |

Pursuant to the written Stipulation of the parties approved by this Court, it is hereby

ORDERED, ADJUDGED AND DECREED:

Plaintiffs, Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust Fund; Trustees of the Bricklayers & Allied Craftworkers Local 13 Health Benefits Fund;

238207.1                                                1

Bricklayers and Allied Craftworkers, Local 13, Nevada; Trustees of the Bricklayers & Trowel Trades International Pension Fund; Trustees of the Bricklayers & Allied Craftworkers International Health Fund; Trustees of the Bricklayers & Allied Craftworkers International Annuity Fund; and Trustees of the Bricklayers and Allied Craftworkers International Masonry Institute, shall recover from defendants Tile Concepts, Inc., a Nevada corporation; Michael Rogers Trimble; and Carlos Andres Corzo, and each of them, jointly and severally, the principal amount of $8,004.24, together with interest thereon at the rate of fourteen percent (14%) per annum from August 14, 2009, until paid in full.

DATED this 9th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

LAQUER, URBAN, CLIFFORD & HODGE LLP

By: *Douglas V. Ritchie*
Michael A. Urban, Esq.
Douglas V. Ritchie, Esq.
Counsel for Plaintiffs

238207.1                              2